Ella Sanders, Respondent, *v.* State of New York, Appellant.
(Claim No. 28116.)

Argued November 30, 1948; decided January 13, 1949.

*Nathaniel L. Goldstein, Attorney-General (Wortley B. Paul and Wendell P. Brown* of counsel), for appellant.

*John W. Miles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.